HUGH McGORRAY, Respondent, *v.* JUDSON J. CROSS et al., Appellants.

*McGorray* v. *Cross*, 114 App. Div. 906, affirmed.
(Argued November 23, 1908; decided December 8, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 16, 1906, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a balance alleged to be due on the purchase price of certain logs.

*Myron D. Short* and *Harry I. Dunton* for appellants.

*Royal R. Scott* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.